UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAURICE WALKER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., EXPERIAN INFORMATION SOLUTIONS LLC, EQUIFAX INC.,

    Defendants.

Case No. 25-12220

## NOTICE OF REMOVAL

Defendant EQUIFAX INFORMATION SERVICES LLC (incorrectly identified as "Equifax Inc."), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the 10th District Court – Battle Creek, State of Michigan, to the United States District Court for the Eastern District of Michigan. In support of this Notice of Removal, Equifax states the following:

### PROCEDURAL BACKGROUND

1. On May 29, 2025, Plaintiff Maurice Walker, appearing *pro se*, filed a Complaint in the 10th District Court – Battle Creek, State of Michigan, in an action titled *Maurice Walker v. JPMorgan Chase Bank, N.A.*, Case No. 2025-25-064630GC (the "State Court Action").

2. On June 22, 2025, Equifax was served with the Summons and a copy of the Complaint. True and correct copies of all process, pleadings, and orders

served upon or by Equifax in this action are attached hereto as **Exhibit A**, in conformity with 28 U.S.C. § 1446(a).

3. On July 14, 2025, Equifax filed its answer to Plaintiff's Complaint in the 10th District Court – Battle Creek, State of Michigan. A copy of Equifax's Answer and Affirmative and Other Defenses to Plaintiff's Complaint is attached hereto as **Exhibit B**.

## TIMELINESS OF REMOVAL

4. This Notice of Removal is being filed within the thirty (30) day period required by 28 U.S.C. § 1446(b).

## GROUNDS FOR REMOVAL

5. This Court has original federal question jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Specifically, Plaintiff seemingly purports to bring claims against Defendants arising out of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA"). (*See* Ex. A, Compl.)

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue lies in the United States District Court for the Eastern District of Michigan, because it is in the district and division embracing the place where the State Court Action is pending.

5. Promptly upon the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the 10th District Court – Battle Creek, State of Michigan, as required by 28 U.S.C. 1446(d).

6. Defendants JPMorgan Chase Bank, N.A. and Experian Information Solutions LLC consent to the removal pursuant to 26 U.S.C. § 1446(b)(2)(A). Consents to Removal are attached hereto as **Exhibit C**.

### PRAYER

WHEREFORE, Equifax respectfully requests that the above-described action be removed to this Court.

DATED: July 21, 2025            Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By: *Jordan S. Bolton*
Jordan S. Bolton (P66309)
27777 Franklin Road, Ste. 2500
Southfield, MI  48034
(248) 727-1449
JBolton@taftlaw.com
*Counsel for Defendant Equifax Information Services LLC, incorrectly identified as Equifax*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I presented the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Maurice Walker
>PO Box 83
>Marshall, Michigan  49068
>
>*Plaintiff Pro Se*

>*/s/ Jordan Bolton*
>Jordan Bolton
>
>Attorneys for Defendant
>EQUIFAX INFORMATION SERVICES LLC

# *NOTICE TO STATE COURT OF REMOVAL*

STATE OF MICHIGAN
IN THE 10TH JUDICIAL DISTRICT COURT

MAURICE WALKER,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.;
EXPERIAN INFORMATION SOLUTIONS
INC.; and EQUIFAX INC.,

        Defendants.

Case No. 2025-25-06463-GC
Hon. Tracie L. Tomak

---

Maurice Walker (Pro Se)
PO Box 83
Marshall, MI 49068

Jordan S. Bolton (P66309)
Taft Stettinius & Hollister LLP
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
(248) 727-1449
jbolton@taftlaw.com
*Attorneys for Defendant Equifax*

---

## NOTICE OF FILING NOTICE OF REMOVAL

**TO THE CLERK OF THE 10TH DISTRICT COURT, BATTLE CREEK, STATE OF MICHIGAN AND PRO SE PLAINTIFF:**

      **PLEASE TAKE NOTICE** that on July 21, 2025, Defendant Equifax Information Services LLC, incorrectly identified as Equifax ("Equifax") filed with the United States District Court for the Eastern District of Michigan a Notice of Removal of the above-captioned action from the 10th District Court, Battle Creek, State of Michigan.  Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Removal.

DATED:  July 21, 2025	Respectfully submitted,

                                                      TAFT STETTINIUS & HOLLISTER LLP

By: *Jordan S. Bolton*
    Jordan S. Bolton (P66309)
    27777 Franklin Road, Ste. 2500
    Southfield, MI  48034
    (248) 727-1449
    JBolton@taftlaw.com
    *Counsel for Defendant Equifax Information Services LLC, incorrectly identified as Equifax*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND AFFIRMATIVE AND OTHER DEFENSES on Plaintiff by first-class mail to his last-known address as defined by MCR 2.107(C)(3) as well as through this Court's e-filing system.

I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date: July 21, 2025

*/s/ Jordan Bolton*