## INDEX OF EXHIBITS

EXHIBIT A:	Documents filed in State Court case

EXHIBIT B:	Equifax's Answer and Affirmative and Other Defenses to Plaintiff's Complaint

EXHIBIT C:	Consents to Removal