*Exhibit A*

## Case Details

Additional Resources ▼

| | |
|---|---|
| **Case ID** | **Court Location** |
| 2025-25-06463-GC | 10th District Court - Battle Creek |
| **Case Entitlement** | |
| WALKER V JP MORGAN CHASE BANK NA | |
| **Judge of Record** | |
| TOMAK,TRACIE L., | |

**Date Filed**
05/29/2025

**Case Status**
OPEN

**Balance**

## Parties (4)

| Party Name | Party Type/Number |
|---|---|
| WALKER/MAURICE/ | PLAINTIFF - 1 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

| Party Name | Party Type/Number |
|---|---|
| JP MORGAN CHASE BANK NA// | DEFENDANT - 1 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**
06/23/2025

**Disposition**

**Disposition Date**

| Party Name | Party Type/Number |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS LLC// | DEFENDANT - 2 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**
06/23/2025

**Disposition**

**Disposition Date**

| Party Name | Party Type/Number |
|---|---|
| EQUIFAX INC// | DEFENDANT - 3 |

**Attorney Name**

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

# Bonds (0)

Hearings (0)

Events (6)



**Event Date**
06/23/2025

**Description**
SUMM & COMP SERVED CERTIFIED MAIL -

**Party/Count**
D2

**Clerk**
DSB

**Description**
SUMM & COMP SERVED CERTIFIED MAIL -

**Party/Count**
D1

**Clerk**
DSB

**Event Date**
06/12/2025

**Description**
SUMM & COMP ISSUED

| Party/Count | Amount |
|---|---|
| D1 | $25,000.00 |

| Receipt No./Date/Judge | Clerk |
|---|---|
| PLT | JJT |

**Description**
SUMM & COMP ISSUED

| Party/Count | Amount |
|---|---|
| D2 | $25,000.00 |

| Receipt No./Date/Judge | Clerk |
| --- | --- |
| PLT | JJT |

**Description**
SUMM & COMP ISSUED

| Party/Count | Amount |
| --- | --- |
| D3 | $25,000.00 |

| Receipt No./Date/Judge | Clerk |
| --- | --- |
| PLT | JJT |

**Event Date**
05/29/2025

**Description**
SUMM & COMP FILED

| Party/Count | Amount |
| --- | --- |
| P1 | $160.00 |

**Clerk**
JJT

## Garnishments (0)

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
|---|---|
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN<br>10th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS<br>25000/100-4C/PW | CASE NUMBER<br>25-06463 |
|---|---|---|

**Court address**  
**Court telephone number**

**Plaintiff's name, address, and telephone number**
MAURICE WALKER
PO BOX 83
Marshall, MI 49068

v

**Defendant's name, address, and telephone number**
JP Morgan Chase Bank N.A.
270 Park Ave
New York, NY 100

Experian Information Solutions LLC
PO Box 4500
Allen, TX 75013

Equifax Inc
PO Box 740256
Atlanta, GA 30374

**Plaintiff's attorney bar number, address, and telephone number**

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**RECEIVED CIRCUIT COURT No 10**
**MAY 29 2025**
**TELLER 2**

**Civil Case**
☒ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 6/12/25 | 9/11/25 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  SUMMONS    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

EFX ORIGINAL DOCUMENT 6 06\22\2025 00586638 015 0452

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | COMPLAINT Page    of    pages | CASE NO. and JUDGE 25-06463 |
|---|---|---|

Court address                                            Court telephone no.

**Plaintiff's name, address, and telephone no.**
Maurice Walker
Po Box 83
Marshall Mi 49068

**Plaintiff's attorney, bar no., address, and telephone no.**

v

**Defendant's name, address, and telephone no.**
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Experian Information Solutions INC
PO BOX 4500
Allen, TX 75013
EQUIFAX Credit B PO. BOX 740256
EQUIFAX INC
1550 PEACHTREE ST N.W.

On or about February 28, 2025, I Maurice Walker entered into a settlement agreement with JP Morgan Chase Bank, N.A. (hereinafter "JP Morgan Chase") concerning an outstanding credit card debt.

RECEIVED
DISTRICT COURT No. 10
MAY 29 2025
TELLER 2

Pursuant to the terms of the aforementioned settlement agreement, the undersigned tendered and JP Morgan Chase accepted, a payment in the amount of $1,500.00.

Following the acceptance of this payment, JP Morgan Chase allegedly breached the terms of the settlement agreement and, the undersigned asserts, engaged in conduct constituting a failure to honor the agreed-upon terms.

Subsequent to accepting the settlement payment, JP Morgan Chase furnished information regarding the subject debt to nationwide consumer reporting agencies, specifically including Experian and Equifax. The undersigned contends that the information reported by JP Morgan Chase was inaccurate and/or misleading.

Despite the alleged breach of the settlement agreement and the furnishing of inaccurate information, JP Morgan Chase failed or refused to refund the $1,500.00 payment tendered by the undersigned

The undersigned further alleges that JP Morgan Chase has acted in concert with, or cooperated with, consumer reporting agencies Experian and Equifax to maintain the inaccurate information on the undersigned's credit report, despite the existence of the settlement agreement and payment. Undersigned is SEEKING ($25,000.00) FOR TOTAL Damages,

Evidence pertinent to these claims is anticipated to include, but not be limited to:

Audio recordings related to communications concerning the debt and settlement agreement.

5/29/2025                                Maurice Walker
Date                                     Signature

Approved, SCAO Form
MC 01a, Rev. 6/19
Page 1 of 1

Distribute form to:
Court
Defendant
Plaintiff
Return                                   SRA

EFX ORIGINAL DOCUMENT 6 06/22/2025 00586638 015 0453



9589 0710 5270 2290 4757 01

**PRIORITY® MAIL**

U.S. POSTAGE PAID
PM
MARSHALL, MI 49068
JUN 17, 2025
30374
$19.05
RDC 03
S2324P503126-01



**PRESS FIRMLY TO SEAL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
M WALKER
PO BOX 83
Marshall, MI 49068

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TO: EQUIFAX
PO BOX 740241
Atlanta, GA 30374

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

EFX ORIGINAL DOCUMENT 6 06\22\2025 00586638 015 0454



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.