CLOSED,DQ,PROSE_SERVICE

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:25–cv–12220–DPH–EAS

Walker v. Equifax Inc. et al
Assigned to: District Judge Denise Page Hood
Referred to: Magistrate Judge Elizabeth A. Stafford
Case in other court:  10th Judicial District Court, 25–00025–06463–GC
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 07/21/2025
Date Terminated: 07/28/2025
Jury Demand: None
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Maurice Walker**

represented by **Maurice Walker**
PO Box 83
Marshall, MI 49068
PRO SE

V.

**Defendant**

**Equifax Inc.**

represented by **Jordan S. Bolton**
Taft Stettinius & Hollister LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034
248–351–3000
Email: jbolton@taftlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Defendant**

**JPMorgan Chase Bank, N.A.**

represented by **Aimee R. Gibbs**
Dickinson Wright PLLC
350 S. Main Street
Suite 300
Ann Arbor, MI 48104
734–623–1653
Fax: 734–623–1625
Email: agibbs@dickinsonwright.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

**Defendant**

**Experian Information Solutions, LLC**

represented by **Lauren E. Lacey**
Troutman Pepper Locke LLP
401 9th Avenue
Suite 1000
Washington, DC 20004
212–704–6068
Email: lauren.lacey@troutman.com

*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2025 | 1 | NOTICE OF REMOVAL by Equifax Inc. from 10th Judicial District Court, case number 2025–25–06463–GC. Receipt No: AMIEDC–10326851 – Fee: $405 [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits, # 2 Exhibit A – All State Court Pleadings, # 3 Exhibit B – Equifax Answer, # 4 Exhibit C – Consent Forms) (Bolton, Jordan) (Entered: 07/21/2025) |
| 07/21/2025 | 2 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Equifax Inc. identifying Corporate Parent Equifax Inc. for Equifax Inc.. (Bolton, Jordan) (Entered: 07/21/2025) |
| 07/21/2025 | 3 | NOTICE of Appearance by Lauren E. Lacey on behalf of Experian Information Solutions, LLC. (Lacey, Lauren) (Entered: 07/21/2025) |
| 07/24/2025 | 4 | MOTION to Change Venue by Equifax Inc.. (Attachments: # 1 Exhibit A – Proposed Order) (Bolton, Jordan) (Entered: 07/24/2025) |
| 07/25/2025 | 5 | MOTION to Dismiss by JPMorgan Chase Bank, N.A.. (Gibbs, Aimee) (Entered: 07/25/2025) |
| 07/28/2025 | 6 | OORDER GRANTING MOTION TO CHANGE VENUE Signed by District Judge Denise Page Hood. (JPar) (Entered: 07/28/2025) |
| 07/28/2025 |  | [DOCKETING ERROR– ENTERED ON WRONG CASE] Case transferred from Michigan Eastern has been opened in Western District of Michigan as case 1:25–cv–00827, filed 07/25/2025. (SSch) Modified on 7/29/2025 (SSch). (Entered: 07/28/2025) |
| 07/29/2025 | 7 | NOTICE of Correction re Docket Annotation. (SSch) (Entered: 07/29/2025) |
| 07/29/2025 |  | Case transferred to Western District of Michigan. (SSch) (Entered: 07/29/2025) |